United States District Court
Southern District of Texas
**ENTERED**
September 10, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| Raymond Johnson, § § | |
| Plaintiff, § § | |
| v. § | Civil Action No. H-25-0182 |
| § | |
| Lakeview Loan Servicing, LLC, § LoanCare LLC § and Codilis & Moody, P.C., § § | |
| Defendants. § | |

## ORDER OF ADOPTION

Having reviewed the Magistrate Judge's Report and Recommendation (docket no. 41) dated August 19, 2025, and no party having filed objections thereto, the Court is of the opinion that the Report and Recommendation should be adopted by this Court.

It is, therefore, **ORDERED** that the Magistrate Judge's Report and Recommendation is hereby **ADOPTED** by this Court.

It is further **ORDERED** that Defendants Lakeview Loan Servicing, LLC and LoanCare LLC's Motion to Dismiss (docket no. 24) is **GRANTED** and Plaintiff's claims are **DISMISSED**.[1]

It is further **ORDERED** that Plaintiff Raymond Johnson's Motion for Preliminary Injunction (docket no. 22) and Motion for Summary Judgment (docket no. 23) are **DENIED AS MOOT**.

**SIGNED** at Houston, Texas, on this the 10th day of September, 2025

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Codilis & Moody, P.C. is also named as a Defendant. Although it did not joint the Motion to Dismiss, Plaintiff does not differentiate between each of the Defendants in his claims. The following ruling also applies to Plaintiff's claims against Codilis & Moody.