United States District Court
Southern District of Texas
**ENTERED**
September 10, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| Raymond Johnson, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. H-25-0182 |
| | § | |
| Lakeview Loan Servicing, LLC, | § | |
| LoanCare LLC | § | |
| and Codilis & Moody, P.C., | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

In accordance with this Court's Orders of Adoption entered this day adopting the Magistrate Judge's recommendations, it is hereby **ORDERED** and **ADJUDGED** that Plaintiff Raymond Johnson's claims against Defendants Lakeview Loan Servicing, LLC, LoanCare LLC and Codilis Moody, P.C. are **DISMISSED WITH PREJUDICE.**

Plaintiff shall **TAKE NOTHING** on the claims asserted in this case.

Costs shall be taxed against Plaintiff.

**THIS IS A FINAL JUDGMENT.**

**SIGNED** at Houston, Texas, on this the 10th day of September, 2025

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE