IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

United States District Court
Southern District of Texas
**ENTERED**
April 09, 2026
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| Raymond Johnson, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. H-25-0182 |
| | § | |
| Lakeview Loan Servicing, LLC, | § | |
| LoanCare LLC | § | |
| and Codilis & Moody, P.C., | § | |
| | § | |
| Defendants. | § | |

## ORDER OF ADOPTION

The Court has carefully considered the Magistrate Judge's Report and Recommendation (docket no. 57) dated March 26, 2026, and Plaintiff, Raymond Johnson's objections (docket no. 58) and concludes that the Report and Recommendation should be adopted by this Court.

It is; therefore, **ORDERED** that the Magistrate Judge's Report and Recommendation is hereby **ADOPTED** by this Court.

It is further **ORDERED** that Plaintiff, Raymond Johnson's Motions for Relief from Judgment Under Rule 60(b)(4) and 60(b)(6) and Request for Indicative Ruling Under Rule 62.1 (docket nos. 51 and 52) are **DENIED**.

**SIGNED** at Houston, Texas, on this the 9th day of April, 2026.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE